# United States District Court

-------------------------------- DISTRICT OF SOUTH DAKOTA --------------

SOUTHERN DIVISION

**FILED**
SEP 0 5 2007

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEPHEN STANTON,

    Defendant.

**JUDGMENT IN A CRIMINAL CASE**
(on Revocation of Probation)

CASE NUMBER: 02-40119

A probation revocation hearing was held on August 17, 2007. At the hearing Defendant admitted certain allegations contained in the Petition to Revoke Probation (Doc. 81) and has been found to have violated the conditions of his probation.

Sentencing was held on September 5, 2007. Defendant appeared in person and by his counsel, Assistant Federal Public Defender Timothy Langley. The government appeared by its Assistant United States Attorney, Tom Wright. I have considered the statements of counsel. The Defendant declined the opportunity to make a statement. After considering the entire record herein, it is hereby

ORDERED, ADJUDGED AND DECREED that Defendant Stephen Stanton be placed in the custody of the Bureau of Prisons for a period of six (6) months, with credit for time served awaiting disposition of this matter.

IT IS FURTHER ORDERED, that Defendant is to pay restitution and the special assessment as per the Judgment of Conviction dated March 28, 2003, with credit given for any payments already made.

IT IS FURTHER ORDERED that the clerk of the court deliver a certified copy of this judgment to the United States Marshal of this district.

Date of Imposition of Sentence: September 5, 2007

Date: _Sept 5, 2007_____

_____/s/ John Simko_____
John E. Simko, Magistrate Judge

## RETURN

I have executed this Judgment as follows:

Defendant delivered on _____ to _____ at _____, the institution designated by the Attorney General, with a certified copy of this Judgment in a Criminal Case.

United States Marshal

By _____
   Deputy Marshal

2